## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI CENTRAL DIVISION

| | |
|---|---|
| Iesha McCarter, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Michael J. Astrue, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. <br> 12-4176-CV-C-JTM |

## **O R D E R**

Pending before the Court is *Defendant's Motion to Remand,* pursuant to sentence six of filed , [Doc. ]. After due consideration of the issues presented, and good cause having been shown by the defendant, it is

**ORDERED** that this matter is **REMANDED** to the Social Security Administration pursuant to 42 U.S.C. §405(g), sentence 6, for remand to an Administrative Law Judge for a de novo hearing inasmuch as the recording of the original hearing is inaudible.

*/s/ John T. Maughmer*
**JOHN T. MAUGHMER**
**U. S. MAGISTRATE JUDGE**